IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 24-12236 |
| v. | ) |
| PAUL YOUNG, | ) |
| Defendant. | ) |

## COMPLAINT

The United States of America, at the direction of a delegate of the Attorney General and with the authorization of a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401, brings this civil action to reduce to judgment unpaid federal tax liabilities owed by Paul Young for the 2009, 2011, 2012, 2013, and 2014 income tax years. For its complaint, the United States alleges as follows:

### JURISDICTION

1. The district court has jurisdiction pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 1331, 1340, and 1345.

2. The defendant Paul Young resides in Essex County, Massachusetts, within the jurisdiction of this Court.

### COUNT ONE
**(Claim Against Paul Young to Reduce Income Tax Liabilities to Judgment)**

3. A delegate of the Secretary of the Treasury made assessments against Paul Young for income taxes for the periods, on the dates, and in the amounts described below. These liabilities have balances due as of August 28, 2024, including assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651 or penalties for failure to make estimated tax

payments under 26 U.S.C. § 6654, costs, and statutory interest, and after applying any abatements, payments, and credits, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due 08/28/2024 |
|---|---|---|---|---|
| 12/31/2009 | 11/14/2016 | Tax | $7,698.00 | $14,283.64 |
| 12/31/2011 | 11/14/2016 | Tax | $3,623.00 | $4,060.03 |
| 12/31/2012 | 09/01/2014 | Tax | $13,711.00 | $5,479.76 |
| 12/31/2013 | 03/16/2015 | Tax | $5,059.00 | $9,974.77 |
| 12/31/2014 | 11/14/2016 | Tax | $134,757.00 | $286,377.06 |
| Total | | | | $320,175.26 |

4. Notice of the liabilities described in paragraph 3 was given to, and payment demanded from, Paul Young.

5. Despite proper notice and demand, Paul Young failed, neglected, or refused to fully pay the liabilities, and after the application of all abatements, payments, and credits, he remains liable to the United States in the amount of $320,175.26, plus statutory additions and interest accruing from and after August 28, 2024.

WHEREFORE, the plaintiff United States of America requests the following relief:

A. Judgment against the defendant Paul Young for income tax liabilities for the periods ending December 31, 2009, 2011, 2012, 2013, and 2014, in the amount of $320,175.26, plus statutory additions and interest accruing from and after August 28, 2024, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c); and

B. The United States of America shall recover its costs, and be awarded such other and further relief as the Court determines is just and proper.

-3-

        DAVID A. HUBBERT
        Deputy Assistant Attorney General
        Tax Division, U.S. Department of Justice

        */s/ Noah D. Glover-Ettrich*
        NOAH D. GLOVER-ETTRICH
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 55
        Washington, D.C. 20044-0055
        (202) 532-5640 (v)
        (202) 514-5238 (f)
        Noah.D.Glover-Ettrich@usdoj.gov

Local Counsel:

JOSHUA S. LEVY
Acting United States Attorney