IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL YOUNG;<br>GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY6 TRUST,<br><br>Defendants. | Case No. 24-12236 |

**JOINT MOTION TO DISMISS DEFENDANT**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

The plaintiff the United States of America and the defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), respectfully move for an order pursuant to Rule 21 of the Federal Rules of Civil Procedure dismissing MERS as a party to this action and amending the case caption accordingly. In support of this joint motion, the United States and MERS submit the following:

1. This is an action seeking to reduce to a judgment certain federal income tax liabilities of the defendant Paul Young, and to enforce the associated federal tax liens securing those liabilities against Mr. Young's real property located at 44 Lakewood Road, Lynnfield, Massachusetts (the "Property"). ECF No. 4 (amended complaint).

2. MERS was named as a defendant to this action because the United States understood that MERS may have "liens upon or claim[] any interest in" the Property, within the meaning of 26 U.S.C. § 7403(b). ECF No. 4, at ¶ 4.

3. MERS was served with process in this case, ECF No. 8, and appeared in the action through counsel, ECF No. 10. To date, MERS is the only defendant to appear in the action.

4. MERS has reviewed the amended complaint and has concluded that it neither has nor claims any interest in the Property, and it consequently filed a disclaimer of interest on December 23, 2024. ECF No. 13.

5. Rule 21 of the Federal Rules of Procedure provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." *See also Gray v. Perkins*, No. 18-cv-874-JL, 2020 WL 759954, at *4 (D. N.H. Jan 2., 2020) ("Rule 21 permits the court to dismiss parties from an action if the dismissals do not cause gratuitous harm to the parties") (quoting *Standlund v. Hawley*, 532 F.3d 741, 745 (8th Cir. 2008) (internal quotation marks omitted)), *report and recommendation adopted*, 2020 WL 758162 (D. N.H. Feb. 7, 2020).

6. In short, MERS was named as a potential creditor of Mr. Young with an interest in the Property; however, its recent filing makes clear that is not the case. Because MERS has no other interest in, and is otherwise not implicated by, this suit, it should be dismissed pursuant to Rule 21. Such dismissal does not pose prejudice, much less "gratuitous harm," to any party.

WHEREFORE, the plaintiff United States of America and the defendant Mortgage Electronic Registration Systems, Inc., jointly request an order dismissing Mortgage Electronic Registration Systems, Inc., as a defendant to this action, and amending the case caption to reflect such dismissal.

Respectfully submitted:

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Noah D. Glover-Ettrich*
NOAH D. GLOVER-ETTRICH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044-0055
(202) 532-5640 (v)
(202) 514-5238 (f)
Noah.D.Glover-Ettrich@usdoj.gov

MOTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
By: Its Attorneys

*/s/ Megan E. Ryan (w/ consent)*
Maura K. McKelvey, BBO #600760
Megan E. Ryan, BBO #710300
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000
617-213-7001 (facsimile)
mmckelvey@hinshawlaw.com
meganryan@hinshawlaw.com

Local Counsel:

JOSHUA S. LEVY
Acting United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that copies will be sent to those indicated as non-registered participants on January 2, 2025.

*/s/ Noah D. Glover-Ettrich*
NOAH D. GLOVER-ETTRICH
Trial Attorney, Tax Division
United States Department of Justice